IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 207.38.134.2

**ISP:** RCN Telecom Services
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/02/2018 19:23:44 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 04/16/2018 04:44:09 | 7EA17BE519E55EFE538ABE5A065929ACC60A1659 | Sticky and Sweet |
| 01/21/2018 00:43:07 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 01/21/2018 00:38:14 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 01/21/2018 00:37:33 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 01/21/2018 00:26:27 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 01/21/2018 00:22:21 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 01/21/2018 00:16:53 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY447