**Copyrights-In-Suit for IP Address 207.38.134.2**

**ISP:** RCN Telecom Services
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 05/02/2018 |
| Sticky and Sweet | PA0002116041 | 04/12/2018 | 05/01/2018 | 04/16/2018 |
| Red Hot Christmas | PA0002097531 | 12/23/2017 | 01/03/2018 | 01/21/2018 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 01/21/2018 |
| Love Burns Again | PA0002093283 | 10/06/2017 | 11/07/2017 | 01/21/2018 |
| Piano Concerto | PA0002086118 | 09/15/2017 | 10/11/2017 | 01/21/2018 |
| Would You Fuck My Girlfriend | PA0002094797 | 11/10/2017 | 11/28/2017 | 01/21/2018 |
| Watch Me Cum For You | PA0002094991 | 12/01/2017 | 12/05/2017 | 01/21/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  8**

EXHIBIT B

SNY447