**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :        Case No. 1:18-cv-05608-PAC
                                        Plaintiff,               :
                                                                 :        Judge Crotty
                        vs.                                      :
                                                                 :
[REDACTED],                                                      :
                                                                 :
                                        Defendant.               :
-----------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND PROPOSED SUMMONS UNDER SEAL AND FOR LIMITED PROTECTIVE ORDER

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave File Amended Complaint and Proposed Summons Under Seal and For Limited Protective Order (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have thirty (30) days from the date of entry of this Order, to file an Amended Complaint under seal naming Defendant. Defendant shall have thirty (30) days after the date of this Order, or twenty-one (21) days after service upon him/her of the Amended Complaint whichever is later, to move this Court for leave to continue to proceed anonymously. Absent a timely filed motion to proceed anonymously, this limited protective order will expire automatically. Plaintiff will serve a copy of this Order on Defendant with the Amended Complaint and will retain proof of service.

SO ORDERED this ____ day of _____, 2019.


By:  _____
**UNITED STATES DISTRICT JUDGE**