# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

| | |
|---|---|
| 80 Red Schoolhouse Road, Suite 110 | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| Spring Valley, NY 10977 | 500 Frank W. Burr Blvd., Ste. 31 |
| Tel: (845) 352-0206 | Teaneck, NJ 07666 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |

September 10, 2019

The Honorable Judge Paul A. Crotty
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: 1:18-cv-05608-PAC Request for Corrected Order - Plaintiff's Proposed Order Granting Plaintiff's Motion to File Summons and Amended Complaint Under Seal

Dear Judge Crotty:

I am counsel to Plaintiff in the above referenced matter. Plaintiff filed a Motion for Permission to File Amended Complaint Under Seal on August 21, 2019 [CM/ECF 21] and on September 3, 2019 this Honorable Court granted same. On September 3, 2019 when the Court entered its Order [CM/ECF 23] granting Plaintiff's Motion to Seal, it inadvertently entered the incorrect Order. Today, counsel electronically filed a new Proposed Order Granting Plaintiff's Motion to Seal for the Court's consideration [CM/ECF 25].

Counsel would greatly appreciate the Court's granting the new Order on Plaintiff's Motion to File Amended Complaint and Summons Under Seal.

Counsel thanks the Court in advance for its time in this matter.

Respectfully submitted,

By:   /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977-6201
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*