UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>                        *Plaintiff,*<br><br>        v.<br><br>**[REDACTED],**<br><br>                       *Defendant.* | Civil Action No. 1:18-cv-05608-PAC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which defendant [REDACTED] may file a responsive pleading to plaintiff's Amended Complaint is hereby extended up to and including November 21, 2019.

There has been no previous request for an extension of time to respond to plaintiff's Amended Complaint in connection with this matter.

Dated: October 12, 2019

By:   /s/ Kevin T. Conway
       Kevin T. Conway, Esq.

80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977
Ph. (845) 352-0206
Fax: (845) 352-0481
email: ktcmalibu@gmail.com
Attorneys for Plaintiff

Dated: October 12, 2019

LESLIE A. FARBER, LLC

By:   /s/ Leslie A. Farber
       Leslie A. Farber, Esq.

33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500 x213
Fax: (973) 860-1174
Email: LFarber@LFarberLaw.com
Attorneys for Defendant

IT IS SO ORDERED this ____ day of October, 2019

                                                                         , U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/19