UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :   Case No. 1:18-cv-05608-PAC
                             Plaintiff,                          :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE, IP Address 207.38.134.2,                               :
                                                                 :
                             Defendant.                          :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 207.38.134.2. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 11, 2020                Respectfully Submitted,

                                       By: /s/ Kevin T. Conway, Esq.
                                       Kevin T. Conway, Esq. (KC-3347)
                                       80 Red Schoolhouse Road
                                       Suite 110
                                       Spring Valley, NY 10977-6201
                                       T: (845) 352-0206
                                       F: (845) 352-0481
                                       Email: ktcmalibu@gmail.com
                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                   By: /s/ *Kevin T. Conway*